CA 07 - 227 ML

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District: OF Providence, RHode ISland | |
|---|---|---|
| Name of Movant: Robert J. Evans | Prisoner No.: 05360-070 | Case No.: 03-100 ML |
| Place of Confinement: F.C.I otisville. PO. BOX 1000 otisville, New york 10963 | | |

UNITED STATES OF AMERICA v. Robert Joseph Evans
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack US. District Court For The District OF Providence, RHode ISland

2. Date of judgment of conviction March 17, 2005

3 Length of sentence (262 months) 21 years and 10 months

4. Nature of offense involved (all counts) poss. w/intent to distribute 123 grams of cocaine base (crack) 21 U.S.C §§ 841(a)(1) and (b)(1)(a) (and count:) poss. w/intent to distribut in excess five hundred grams of cocaine. 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B)

5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☒
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court First Circuit Court of Appeals

(b) Result AFFirmed

(c) Date of result June 20, 2006

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☑

11. If your answer to 10 was "yes", give the following information:

(a) (1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result ______

(6) Date of result ______

(b) As to any second petition, application or motion give the same information:

(1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☑

(5) Result ______

(6) Date of result ______

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☐
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

______

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

<u>CAUTION If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f)Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: (i) Denial of effective assistance of counsel.

Supporting FACTS (state *briefly* without citing cases or law) Counsels failure to object to the crack cocaine enhancement, and failure to object to the career-offender enhancement, as well as object to the PSR's illegal use of my priors.

B. Ground two: (c) conviction obtained by use of evidence gained pursuant to an unconstitutional search and siezure.

Supporting FACTS (state *briefly* without citing cases or law): Officers relying on my spouses consent went inside my dwelling without my consent or without a judge signed search warrant.

C. Ground three: (d) conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

Supporting FACTS (state *briefly* without citing cases or law): Officers used an arrest warrant for probable cause to come to my dwelling to put me in custody on. The arrest warrant had a invalid signature, that dosen't match Judge Michael Higgins signature.

AO 243 (Rev. 5/S5)

D. Ground four: ______

Supporting FACTS (state *briefly* without citing cases or law): ______

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: ______

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Scott A. Lutes
One Turks Head Place Suite 1440 Providence, RI 02903

(b) At arraignment and plea "same"

(c) At trial "same"

(d) At sentencing "same"

AO 243 (Rev. 5/85)

(e) On appeal Richard N. Foley
414 State Street Portsmouth, New Hampshire 03801

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

6-18th 07
(date)

Robert J. Evans
Signature of Movant