CA - 07 - 227 ML

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
PROVIDENCE, RHODE ISLAND

| | | |
|---|---|---|
| Robert J. Evans,<br>Movant | ) | |
| Vs. | ) | Criminal No: 03-100ML<br>Date: June 18th, 2007 |
| United States of America,<br>Respondent | ) | |

"MEMORANDUM OF LAW IN PURSUANT OF
MOTION TO CORRECT, VACATE, OR SET ASIDE SENTENCE
PURSUANT TO 28 U.S.C. §2255

Now comes Robert, J. Evans, hereafter known as petitioner in the above mentioned matter hereby moves this action brought against him under 28 U.S.C. §2255

Petitioner moves to have his evidence suppressed from his case while residing at his residence, 140 Mineral Spring Ave., 3rd Floor, in Pawtucket, R.I.

STATEMENT OF FACTS

On June 5, 2003, the Pawtucket Police Dept. came to petitioner's residence to arrest him on a active NCIC arrest warrant out of their department for a "phone threat" complaint that was made against him on May 26, 2003.

The phone threat complaint was orally resolved by Sergeant Tomlinson of the Pawtucket Police Dept when he called petitioner

on 5/28/07.

The said warrant was never active in the N.C.I.C. warrant system like the police lied in their police reports, and moreover the judges singniture on said arrest warrant is an invalid signature that "supposedly" was signed by 6th District Court judge Micheal Higgins. Petitioner is sending a copy of said warrant with the invalid signature as well as a copy of court document for petitioner with Judge Michael C. Higgins signed signiture on it and there's no comparison.

Arrest warrants and search warrants play a big part of a case so you would think a judge or whomever would have a vilid signature on it.

## CONCLUSION

Due to this invalid signature on said arrest warrant and said arrest warrant being used as the "probable cause" to come to petitioner's residence to arrest him on, and stumbling into the evidence inside his residence inside the gap clothing bag on the kitchen counter, petioner moves to have the evidence against him suppressed.

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was mailed via first class mail, this day 18th of June, 2007.

Respectfully submitted,

Robert J. Evans

Reg. No. 05360-070
F.C.I. Otisville
P.O. Box 1000
Otisville, New York 10963

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**AFFIDAVIT AND ARREST WARRANT**

## AFFIDAVIT

AFFIANT: Insp. Dennis S. Wayman

AGENT OF: PAWTUCKET POLICE 121 ROOSEVELT AVENUE

DEFENDANT: ROBERT EVANS

ADDRESS: UNK — NO. / STREET / CITY/TOWN / STATE

## AFFIDAVIT

Your affiant upon oath states that he has reason to believe and does believe that grounds for issuance of an arrest warrant exists and states the following facts on which such belief is founded:

ON 5/26/03 PAWTUCKET POLICE RECEIVED A COMPLAINT FROM DILMA GONSALVES STATING THAT A GUY SHE KNOWS ONLY AS ROB LET HER BORROW HIS CAR FOR HER PROM AND WHEN SHE DIDN'T RETURN THE CAR WHEN HE WANTED ROB STARTED CALLING HER CELL PHONE LEAVING THREATENING MESSAGES. DETECTIVE SGT. TOMLINSON SPOKE WITH A MALE IDENTIFIED AS ROBERT EVANS WHO STATED HE LET DILMA USE HIS CAR AND THAT SHE DIDN'T RETURN THE CAR FOR 4 DAYS. EVANS STATED HE LEFT A MESSAGE BUT THAT HE DIDN'T THREATEN DILMA IN ANYWAY AND THAT HER BROTHERS CAME LOOKING FOR HIM AND STARTED A FIGHT WITH HIM. ON 5/28/03 DET. SGT. TOMLINSON SPOKE WITH DILMA GONSALVES WHO STATED EVANS LEFT A MESSAGE ON HER CELL PHONE THREATENING TO BUT A BULLET IN HER HEAD. MS GONSALVES STATED HE CALLED SEVERAL TIME AND LEFT OTHER THREATENING MESSAGES, ALSO A FEMLAE AND ANOTHER MALE CALLED THREATENING HER DUE TO THE FACT SHE CALLED THE POLICE ON EVANS.

☐ IF SPACE IS NOT SUFFICIENT, CHECK (X) HERE AND ATTACH ADDITIONAL INFORMATION

AFFIANT: X Insp. Dennis S. Wayman

| SUBSCRIBED AND SWORN TO BEFORE ME AT (CITY/TOWN) | DATE | JUDGE OF DISTRICT COURT, JUSTICE OF SUPERIOR COURT, OR ANY OTHER AUTHORIZED OFFICER |
|---|---|---|
| PROVIDENCE | 5/29/03 | X [signature] |

## ARREST WARRANT

| STATE, EX REL CITY/TOWN | COUNTY | DATE OF BIRTH | DIVISION | WARRANT DATE |
|---|---|---|---|---|
| PAWTUCKET | PROVIDENCE | 11/16/70 | 6th RHODE ISLAND DISTRICT COURT | 5/29/03 |

VS. DEFENDANT: ROBERT EVANS

ADDRESS: UNK — NO. / STREET / CITY/TOWN / STATE

TO ANY AUTHORIZED OFFICER: Affidavit (and complaint) having been made to me under oath, and as I am satisfied that there is probably cause for the belief therein set forth that grounds for issuing an arrest warrant exists, you are hereby commanded to arrest the defendant forthwith and to bring him before a judge of this court without unnecessary delay.

| BAIL | SURETY | DATE SIGNED | JUDGE OF DISTRICT COURT, JUSTICE OF SUPERIOR COURT, OR ANY OTHER AUTHORIZED OFFICER |
|---|---|---|---|
| $ | ☐ with ☐ without | 5/29/03 | X [signature] |

## RETURN OF SERVICE

I have apprehended the within named defendant and have presented him/her before the court as herein commanded.

| SERVICE | MILEAGE | DATE OF RETURN | AUTHORIZED OFFICER |
|---|---|---|---|
| $ | $ | | X |

# Affidavit/Arrest Warrant (Cont.)

**(Page 2 of 2)**

______________________

Affiant

SGT TOMLINSON LISTENED TO THESE MESSAGES AND IDENTIFIED THE MALE THAT THREATENED TO PUT A BULLET IN MS. GONSALVES HEAD AS THE MALE HE SPOKE WITH ON THE 28TH OF MAY. BASED ON THE FACT THAT EVANS LEFT NUMEROUS MESSAGES ON MS. GONSALVES ANSWERING MACHINE WE PRAY A WARRANT BE ISSUED FOR THREATENING PHONE CALLS.

Subscribed and sworn to before me this 29 day of may, ~~1999 at~~ 2003 Providence (City/Town).

______________________

Affiant

______________________

Judge of District Court or
Justice of the Superior Court
Or any other Authorized Officer

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER

I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

K. Fochler 4-10-2007

Signature Date

STATE OF RHODE ISLAND
AND
PROVIDENCE PLANTATIONS

**ORDER FOR BAIL HEARING**

| Complaint No. 62 03-10234 | | | |
|---|---|---|---|
| State Ex. Rel. | City/Town Providence | County Prov- | 6th Division, District Court |
| vs. Respondent Robert Evans | | Address No. Street City/Town State 75 Trenton St Pawt RI | |

**ORDER**

In accordance with the provisions of Rule 5 (a) of the Rules of Criminal Procedure of the Rhode Island District and Superior Courts, it is hereby Ordered that the defendant herein be brought before a Justice of the Superior Court as soon as practicable, but not later than forty-eight hours hereafter, not counting any intervening Saturday, Sunday or legal holiday for purpose of holding a bail hearing or the setting of a hearing date, which shall be the earliest practicable date for the hearing to be held.

By Order
Sherri A. Rossi
Clerk

Enter:

[signature] Judge

Date 6/6/07

**DISTRICT COURT**