UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
PROVIDENCE, RHODE ISLAND

Robert Evans,
Movant

CA 07-227ML (2255)

vs. Criminal Number : 03-100ML

UNITED STATES OF AMERICA,

Date: 8-27-07

Respondent

MOTION TO UNSEAL INDICTMENT
UNDER ANY APPLIABLE FEDERAL RULES

Now comes, Robert J. Evans, hereforth named petitioner who has reason to believe that the government withheld exculpatory information from petitioner when the petitioner put in exculpatory evidence motions in on 2/23/04, and asked this question, "by the government dismissing Jonathan Hernandez's indictment (CR. 03-105S) and keeping the reasons underseal, would it effect the petitioner's case seeming how the same two officers, Detective Dolan and Tefft of the Pawtucket Special squad, are the same two leading officers on both separate cases.?" The government responded, saying whatever happened in Jonathan Hernandez's case won't effect petitioner's case. However, petitioner and Jonathan Hernandez are close friends and Jonathan Hernandez told petitioner that he believes the reason for the government to take the rare step of dismissing his indictment and then sealing it was because Detective Dolan lied and messed up in his drug case. So the government is withholding that information so petitioner cannot use it for a defense in his case to attack Detective Dolan's credibility.

By withholding that evidence, it clearly violated petitioner's Brady and Jenks right to have that evidence disclosed to him before trial. Petitioner's close friend, Jonathan Hernandez was shot and killed in January of 2005, ten months after being released from his federal charges being dismissed.

Petitioner, in pro-se form doesn't know the proper motion to file to have

Jonathan Hernandez's indictment unsealed or to have his Honarable judge, Judge Lisi, look into his indictment to determine if his indictment being dismissed and sealed had anything to do with Detectives Dolan and Tefft doing anything illegal or wrong that could effect their credibility, and if so, could that information be presented to the petitioner so he could present it to the court to prove that the government withheld exculpatory evidence from the petitioner, so he could have used it to attack Detective Dolan and Tefft's credibility?

Petitioner does not have an attorney and is doing his § 2255 motion pro-se. So, if this motion is not accepted to the courts in regards to this matter, could the court please send petitioner a copy of the proper motion to file so the petitioner could file with the court and have the court hear this important matter and take action with it.

Respectfully submitted,
Robert J. Evans

Robert J. Evans'
Reg. No. 05360-070
F.C.I. Otisville
P.O. Box 1000
Otisville, New York 10963