Dear Honorable Judge Lisi,

RECEIVED
SEP 21 2007
Property of U.S. District Court
District of Rhode Island

Monday September 17, 2007

I am writing too you in regards too a motion I filed too the courts too unseal the indictment in the case of United States v. Jonathon Hernandez, Cr. No. 03-105S, too see if there was any wrong doing by Detective Dolan or Detective Tefft in that case that would effect there credibility in anyway.

The government responded to my motion and said they don't object too the court unsealing the Hernandez records for an in camera review to determine whether it contains information impacting upon the credibility of the investigating detectives.

As the court is aware I am pro se, so I'm asking the court to award me counsel too represent me in my behalf when the court decides too proceed with this matter, on the day the in camera hearing takes place.

Thank you for your time and I hope to hear back from you soon.

Sincerely,
Robert Joseph Evans