IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT EVANS | ) | |
| | ) | |
| vs. | ) | C.A. No. 07-227ML |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**GOVERNMENT'S RESPONSE TO PETITIONER'S LETTER MOTION TO APPOINT COUNSEL**

Petitioner Robert Evans (Evans) files a letter with this Court asking that the Court appoint counsel to represent him at an "in camera hearing." Evans believes that at the "hearing," the Court will determine whether the reasons for the dismissal of the indictment in United States v. Hernandez, Cr. No. 03-105S, impact upon the credibility of named officers of the Pawtucket Police Department.

Rule 8(c) of the Rules Governing Section 2255 Proceedings For The United States District Courts requires that the Court appoint counsel for a indigent defendant if an evidentiary hearing is warranted.

In its earlier response, the government did not suggest that the Court conduct an evidentiary hearing. Rather, the government stated that it did not have an objection to an "in camera review" of a transcript of the government's reasons for dismissing the Hernandez indictment. The government has no knowledge of whether the Court has conducted or intends to conduct such a review. In any event, there is no indication from the Court that the Court intends to schedule an evidentiary hearing on this issue. Until such time as an evidentiary hearing is scheduled, there is no need for counsel to be appointed for Mr. Evans.

The letter motion should be denied.

Respectfully submitted,

Robert Clark Corrente
United States Attorney

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar No. 1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September 2007, I served a copy of the within Government's Response To Petitioner's Letter Motion To Appoint Counsel, ordinary mail and postage prepaid, to:

Robert J. Evans
No. 05360-070
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

/s/ Kenneth P. Madden
Kenneth P. Madden
RI Bar No. 1680
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)