UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROBERT EVANS

v. CA 07-227 ML

UNITED STATES OF AMERICA

## ORDER

The Court treats Petitioner's letter dated September 17, 2007 (Docket #7) as a Motion to Appoint Counsel. That Motion is DENIED.

Petitioner has also filed a Motion to Unseal the Indictment in CR 03-105 S. (United States v. Jonathan Hernandez) That Motion is DENIED for the reasons set forth in the government's opposition.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
September 26, 2007