CA 07-227ML

Dear Clerk, October 4, 2007

On September 26, 2007 Judge Lisi denied my motion to have (United States V. Jonathon Hernandez) indictment CR 03-105S unsealed. I am asking the court for a reconsideration on Judge Lisi's decision for the reason that in the governments motion in respone to defendants, the government said they won't object to a "in-camera review on Hernandez's court records to see if there's anything that reveals any evidence to effect the credibility of Detective Dolan and Detective Taft of the Pawtucket Spieca[l] Squad."

Sincerely,

Robert Evans