CA 07-227 ML

Dear Clerk, October 4, 2007

I am writing you to notify the courts that I would like to appeal Judge Lisi's decision on Sept. 26, 2007 for denying my motion to Unseal Indictment CR 03-105S. (United States v. Jonathon Hernandez). I would like to appeal Judge Lisi's decision to the 1st Circuit court of appeals. I am pro se so could you help me in this process. Thank You very much.

Sincerely,

Robert Evans