United states Court Of Appeals
For the First circuit

| | | |
|---|---|---|
| United States Of America | ) | CA 07-227ML |
| | ) | |
| VS | ) | CCA NO: 07-2554 |
| | ) | |
| Robert Evans | ) | |
| | ) | |

Handwritten Pro Se Motion
and attached Affidavit

Petitioner Robert Evans, a pro se litigant who is not an attorney and has no Knowledge of the justice system or it's process; wishes to address the appeals Court to notify the court that he has no funds or property in which to proceed (see attached financial Statement/forma Pauperis form/and sworn affidavit) in his appeal. Petitioner request the court to grant him forma pauperis Status as well as process and proceed with his appeal as the court would a truley indigent litigant who is totally inept with any laws or Civil procedures.

Date; october 22, 2007  sincerly; Robert J. Evans

Granted. Mary M. Lisi
USDJ 10/26/07

# Sworn affidavit of Robert Evans

I Robert Evans D.O.B (11-16-70), do hereby swear that the following statement and facts are true and accurate under the penalty of perjury U.S.C.A 18 § 1746.

Robert J. Evans

Date; october 22, 2007

I have no money or financial income; no property. I have no knowledge of the law, it's process or proceedures. I forward the court the enclosed documents in regards to the courts process and procedures in reviewing my motion to the District Court which was denied by Judge Lisi on 9/26/07, concerning request to unseal case information regarding Jonathon Hernandez; (a person who is now deceased).

Robert J. Evans

# Proof of Service

I Robert Evans do hereby swear under the penalty of perjury U.S.C.A 18 § 1746, that I forwarded copies of the enclosed documents (Letter to Court/sworn affidavit/forma pauperis form/financial statement), to the following addresses on the following date.

Date; October 22, 2007 sincerly; Robert J. Evans

1st circuit court of appeals
1 CourtHouse Way Suite 2500
Boston, Mass. 02210

U.S District Court
District OF Providence, RI
OFFice of the Clerk
ONE EXchange Terrace
Providence, RI 02903