UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

October 26, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

**CA 07-227ML** **CCA # 07-2554**

CASE NAME: Robert J. Evans v. United States

Dear Clerk of Court:

Enclosed herewith you will find a supplement to the Interlocutory Appeal.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By [signature]
John Duhamel
Deputy Clerk

**encl. : Order granting appellant's motion to proceed on appeal IFP**
**Certified docket**