DC/RI

# United States Court of Appeals

DiMarzio, Clerk

## For the First Circuit

DC#: 07-00227
Honorable Mary M. Lisi

No. 07-2554

UNITED STATES

Respondent - Appellee

v.

ROBERT J. EVANS

Respondent - Appellant

**JUDGMENT**
Entered: December 28, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: ERIC H.
Appeals Attorney

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By [signature] Date: 12/28/07

[cc: Robert J. Evans, Kenneth Madden AUSA, Donald Lockhart AUSA]