CA 07-227ML

Dear Clerk,

october 4, 2007

On September 26, 2007 Judge Lisi denied my motion to have (United States V. Jonathon Hernandez) indictment CR 03-105S unsealed. I am asking the court for a reconsideration on Judge Lisi's decision for the reason that in the governments motion in respone to defendants, the government said "they won't object to a in-camera review on Hernandez's court records to see if there's anything that reveals any evidence to effect the credibility of Detective Dolan and Detective Taft of the Pawtucket Speical Squad."

Sincerely,

Robert Evans

DENIED

Mary M. Lisi

Mary M. Lisi 1/28/08

U.S.D.J.